UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN W. FISHER and JANICE B. FISHER, )<br>　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA,　　)<br>　　　　Defendant.　　　　　　　　)　 | 1:08-cv-0908-LJM-TAB |

### **ENTRY OF JUDGMENT**

Through orders dated March 11, 2010, and September 1, 2010, this Court granted summary judgment in favor of defendant, the United States of America, and against plaintiffs, John W. Fisher and Janice B. Fisher, on plaintiffs' claims for refund of federal gift tax. Plaintiffs shall take nothing by way of their Complaint. Judgment is entered accordingly.

DATED this 1st day of September, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LARRY J. McKINNEY, JUDGE
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
　　　　Deputy Clerk

Distribution attached.

Distribution to:

Lester H. Cohen
DEFUR VORAN LLP
lhcohen@charter.net

Troy Duane Farmer
DEFUR VORAN LLP - Fishers
tfarmer@defur.com

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Scott E. Shockley
DEFUR VORAN LLP
sshockley@defur.com

Douglas William Snoeyenbos
DEPARTMENT OF JUSTICE, TAX DIVISION
douglas.w.snoeyenbos@usdoj.gov